So Ordered.

Signed this 19 day of June, 2023.



_____
Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

In re:

Sarah Kirsten Hogarth

                              Debtor(s)

Case No. 23-60248
Chapter 7

_____

### Order Avoiding Lien(s) Pursuant to 11 U.S.C. § 522(f)

On May 1, 2023, the Debtor, acting *pro se*, filed a notice of motion and motion (the "Motion") for an order pursuant to 11 U.S.C. § 522(f) avoiding judgment liens placed on the real property and premises referenced below. It appears that due and sufficient notice of the Motion and the hearing was provided and no opposition to the relief has been filed and no hearing was held. The Court having given the matter due deliberation, it is hereby

**ORDERED**, that the motion (Docket No. 12) is GRANTED; it is further

**ORDERED**, that the judgment filed by NBT Bank, National Association and docketed in the records of the Delaware County Clerk on August 29, 2017 under Index No. 2017-209, is

hereby avoided as to the real property and premises known as 60 Peas Eddy Rd, Hancock, NY 13783; and it is further

**ORDERED**, that the judgment filed by Sidney Federal Credit Union and docketed in the records of the Delaware County Clerk on June 10, 2019 under Index No. 2018-536 is hereby avoided as to the real property and premises known as 60 Peas Eddy Rd, Hancock, NY 13783; and it is further

**ORDERED**, that the judgment filed by Capital One Bank (USA), N.A. and docketed in the records of the Delaware County Clerk on June 25, 2019 under Index No. EF2018-888 is hereby avoided as to the real property and premises known as 60 Peas Eddy Rd, Hancock, NY 13783; and it is further

**ORDERED**, that the Debtor may file a certified copy of this Order with the appropriate Office of the County Clerk, which shall mark its records accordingly; and it is further

**ORDERED**, that dismissal of the above-captioned case voids this Order and reinstates all liens pursuant to 11 U.S.C. § 349(b).

###